UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



IN RE:                                In Proceedings Under Chapter 13

DEBRA A. KUSA                         CASE NO. 09-19841

    Debtor.                       JUDGE RANDOLPH BAXTER

## ORDER

The Debtor, Debra A. Kusa, was ordered by this Court to appear and show cause why the above-styled case should not be dismissed for failure to file a plan within the time required by Bankruptcy Rule 3015.Fed. R. Bankr. P, failure to file schedules and statements as required by 11 U.S.C. § 521(a) within the time required by Bankruptcy Rule 1007(c).Fed. R. Bankr. P, and failure to file Means Test as required by 11 U.S.C. § 521(a)(1), Rule 1007(b) & (c).Fed. R. Bankr. P. At the duly noticed hearing scheduled before this Court on November 19, 2009 at 9:00 a.m., the Debtor failed to appear at the hearing and failed to request a continuance or further disposition.

Accordingly, the above-styled case is hereby dismissed for want of prosecution and for violation of the Show Cause Order.

IT IS SO ORDERED.

Dated this 25th day of
November, 2009.

JUDGE RANDOLPH BAXTER
UNITED STATES BANKRUPTCY COURT